UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CORY LEE MOGG,

                  Plaintiff

v.

JAMES DZURENDA et al.,

                  Defendants

Case No. 2:18-cv-02272-RFB-PAL

ORDER

**I.   DISCUSSION**

On December 4, 2018, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within thirty (30) days from the date of that order. (ECF No. 3 at 2). On January 2, 2019, Plaintiff filed a motion for an extension of time to file a fully complete application to proceed *in forma pauperis* because he had not received his financial certificate from the NDOC yet. (ECF No. 4). The Court now grants Plaintiff's motion for an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee on or before Friday, February 8, 2019.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 4) is granted.

IT IS FURTHER ORDERED that on or before Friday, February 8, 2019, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

///

///

///

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED THIS 4th day of January 2019.

_____
UNITED STATES MAGISTRATE JUDGE